IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY WILLIAMS** | : | CIVIL ACTION NO. 1:cv-07-637 |
| **Plaintiff** | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Blewitt)** |
| v. | : | |
| **LT. WICKISER, et al.** | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the captioned action is a September 4, 2007 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) Plaintiff's Amended Complaint (Doc. No. 17) is **DISMISSED** in its entirety as to all four Defendants. Plaintiff failed to state any Constitutional claim against the Defendants.

3) Plaintiff's Motion to Appoint Counsel (Doc. No. 14) is **DENIED** as moot.

4) The Clerk of Court shall close the file.

                                                           s/ Yvette Kane
                                                          YVETTE KANE, Chief Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania

Dated: October 23, 2007